**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA**
      **Plaintiff**

**v.**                                        **Case No. 3:26-CR-27**

**STANLEY DELANO LUM,**
      **Defendant**

**DEFENDANT'S MOTION TO CONTINUE ARRAIGNMENT AND DETENTION HEARING**

      NOW COMES the Defendant, Stanley Lum, and requests that this Court grant a continuance of the June 8, 2026 arraignment and detention hearing. Counsel for the Defendant has a conflict in Morgantown on that day and will not be able to make it to Martinsburg. Counsel is available for the arraignment and detention hearing on **Thursday, June 11 at 10:30 a.m., 11:30 a.m., or** any time after 12:00 p.m.

      Wherefore, the Defendant moves this honorable Court to continue the June 8, 2026 arraignment and detention hearing and to set a new date for the same.

                               Respectfully Submitted,
                               Stanley Lum,
                               By Counsel,

                               /s/Melissa K. Stacy, Esq.__
                               WV Bar ID #8562
                               P.O. Box 834
                               Morgantown, WV 26507
                               (304)282-8300

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2026, I filed the foregoing motion with the Clerk of Court for uploading to the CM/ECF system, which will send notification of such filing to counsel of record.
                               /s/Melissa K. Stacy, Esq.