**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA**
       **Plaintiff,**

                                **Criminal Action No. 3:26cr27-10**

**DANTE MCFALLS,**
       **Defendant.**

### DEFENDANT'S MOTION TO CONTINUE ARRAIGNMENT

COMES NOW, Defendant Dante McFalls, by his counsel, Edmund J. Rollo and for

*Defendant's Motion to Continue Arraignment* currently scheduled for June 8, 2026, provides the

following:

The undersigned counsel has previously-scheduled hearings in Monongalia County

Magistrate Court and Circuit Court that conflicts with the Arraignment herein.

The undersigned counsel is available for the Arraignment on June 9, 2026, anytime until

2:00 p.m., and on June 11, 2026, anytime after 1:00 p.m.

WHEREFORE, for the reasons stated herein, the Defendant respectfully requests that the

Arraignment in this matter scheduled for June 8, 2026, be continued.

                                 DANTE MCFALLS,
                                 Defendant

                                 BY COUNSEL,

/s/Edmund J. Rollo
EDMUND J. ROLLO
Attorney At Law
W.Va. Bar No. 6370
44 High Street
Morgantown, West Virginia 26505
304.296.2558
edrollo@rollolawoffices.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Edmund J. Rollo, do hereby certify that on June 5, 2026, I served the foregoing

*Defendant's Motion to Continue Arraignment and Detention Hearing* by CM/ECF filing.

/s/Edmund J. Rollo
EDMUND J. ROLLO
Attorney At Law
W.Va. Bar No. 6370
44 High Street
Morgantown, West Virginia 26505
304.296.2558
edrollo@rollolawoffices.com